# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kathleen O'Connell, *guardian ad Litem*, for Rosemary O'Connell an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Penney OpCo LLC<br><br>    Defendant. | Case No: 1:23-cv-00469-GBW |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties request that all upcoming deadlines and hearings be adjourned while they finalize their settlement.

April 3, 2025

Respectfully Submitted,                                Respectfully Submitted,


 /s/ Courtney Prinski                                     /s/ Michele D. Allen
Courtney Prinski (#5432)                               Michele D. Allen (#4359)
JACOBS & CRUMPLAR, P.A.                                ALLEN & ASSOCIATES
10 Corporate Circle, Suite 301                         4250 Lancaster Pike, Suite 230
New Castle, DE 19720                                   Wilmington, DE 19805
Tel.: (302) 656-5445                                   Tel.: (302) 234-8600
Fax: (302) 656-5875                                    Fax: (302) 397-3930
courtneyp@jcdelaw.com                                  michele@allenlaborlaw.com


*Attorney for Plaintiff*                               *Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Michele D. Allen, Esq.
ALLEN & ASSOCIATES
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
michele@allenlaborlaw.com

                                                  */s/ Courtney Prinski*
                                                  *Courtney Prinski (#5432)*