IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KATHLEEN O'CONNELL, *guardian ad Litem*, for ROSEMARY O'CONNELL, an individual,

    Plaintiff,

v.

PENNEY OPCO LLC,

    Defendant.

Case No: 1:23-cv-00469-GBW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: May 27, 2025

Respectfully submitted,

/s/ *Courtney R. Prinski, Esq.*
Courtney R. Prinski (#5432)
**JACOBS & CRUMPLAR, P.A.**
10 Corporate Circle, Suite 301
New Castle, DE 19720
Tel.: (302) 656-5445
Fax: (302) 656-5875
courtneyp@jcdelaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ *Michele D. Allen, Esq.*
Michele D. Allen (#4359)
**ALLEN & ASSOCIATES**
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
Tel: (302) 234-8600
Fax: (302) 397-3930
michele@allenlaborlaw.com

*Attorney for Defendant*

1

So Ordered this 27th day of May 2025.

/s/ Bibas
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Michele D. Allen, Esq.
ALLEN & ASSOCIATES
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805

                                                */s/ Courtney R. Prinski, Esq.*
                                                *Courtney R. Prinski, Esq. (#5432)*